

FILED
CLERK, U.S. DISTRICT COURT
APR 12 2021
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br><br>JOSELYN FANTER,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>2:21-MJ-01775<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |
|---|---|

Upon motion of <u>Defendant</u>, IT IS ORDERED that a detention hearing is set for <u>Friday, April 16, 2021</u>, _____, at <u>10:00</u> ☒a.m. / ☐p.m. before the Honorable <u>Jacqueline Chooljian</u>, in Courtroom <u>880</u>.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: <u>April 12, 2021</u>                    /s/
                                         U.S. District Judge/Magistrate Judge